## AMERICAN FORK & HOE CO. v. ENTERPRISE MFG. CO
No. 6225.

Circuit Court of Appeals, Sixth Circuit.
April 4, 1933.

Frank M. Slough, of Cleveland, Ohio, for appellant.

Ely & Barrow, of Cleveland, Ohio, for appellee.

PER CURIAM.
Dismissed pursuant to motion of appellant.

## Henry ANKENBAUER v. UNITED STATES of America.
No. 6430.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1933.

W. F. Fowler, of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.
Docketed and dismissed pursuant to motion of appellee.

## AUTOMOBILE ABSTRACT & TITLE CO. v. Frank D. FITZGERALD.
No. 6204.

Circuit Court of Appeals, Sixth Circuit.
April 6, 1933.

David B. Tippery, of Detroit, Mich., for appellant.

Paul W. Voorheis, Atty. Gen., Hugh E. Lillie, Asst. Atty. Gen., and Ralph S. Binns, of Detroit, Mich., for appellee.

PER CURIAM.
Decree of District Court affirmed.

## Antonio BARSOCCHI and Bruno Bianchi, Appellants, v. UNITED STATES of America, Appellee.
No. 7147.

Circuit Court of Appeals, Ninth Circuit.
May 8, 1933.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.
Upon motion of counsel for appellee, ordered appeal in above cause dismissed for failure of appellants to file record and docket cause.

## Fred D. BELL, Appellant, v. UNITED STATES of America, Appellee.
No. 7148.

Circuit Court of Appeals, Ninth Circuit.
May 8, 1933.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.
Upon motion of counsel for appellee, ordered appeal in above cause dismissed for failure of appellant to file record and docket cause.